1  DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
   LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
4  Facsimile:    (415) 984-8701

5  Attorneys for Plaintiff
   Artifex Software, Inc.

                    **EMC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

                    **C 08        4837**

| | |
|---|---|
| ARTIFEX SOFTWARE INC., a California corporation, | Case No. |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| DIEBOLD INC., an Ohio corporation, PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Artifex Software, Inc. ("Artifex"), for its Complaint against Defendants Diebold, Inc. and Premier Election Solutions, Inc. (collectively, "Defendants"), alleges and avers as follows:

## INTRODUCTION

1. This action seeks redress for the unauthorized use of copyrighted software in commercial voting systems provided by Diebold, Inc. and Premier Election Solutions, Inc. The proprietary, copyrighted software at issue is owned and licensed by Artifex. Defendants Diebold, Inc. and Premier Election Solutions, Inc. have unlawfully, wilfully, and for commercial advantage copied and used Artifex's copyrighted software in their voting systems without the consent of Artifex in violation of federal law and to Artifex's detriment. Artifex should be compensated for this misuse of its intellectual property, and any continuing use of that intellectual property should be enjoined.

## JURISDICTION AND VENUE

2. Through this action, Artifex asserts claims against Defendants arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq*. This Court has original subject matter jurisdiction over Artifex's federal claims pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1338(a).

3. This Court has specific personal jurisdiction over Defendants as each has purposefully committed, within California, the acts from which these claims arise and/or has committed tortious acts outside California, knowing and intending that such acts would cause injury within the state. The Court also has general personal jurisdiction over the Defendant as they conduct continuous, systematic, and routine business within the state of California and within the jurisdiction of this Court.

4. Venue is proper in the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(a).

## NATURE OF THE CASE

5. This action seeks to recover damages that Artifex has suffered as a result of Defendants' willful infringement of Artifex's copyrights in Ghostscript PostScript, PDF and PCL

COMPLAINT FOR COPYRIGHT INFRINGEMENT

interpreter technologies (individual and collectively known as "Ghostscript"). Defendants have unlawfully, wilfully, and for commercial advantage copied and distributed copies of Ghostscript with their voting systems without the consent of Artifex in violation of federal law and to Artifex's detriment.

## THE PARTIES

6. Plaintiff Artifex Software, Inc. is a California corporation with a principal place of business at 7 Mt. Lassen Drive, A-134, San Rafael, California 94903.

7. Artifex is informed and believes and thereon alleges that Defendant Diebold, Inc. ("Diebold") is an Ohio corporation with a principal place of business at 5995 Mayfair Rd., North Canton, OH 44720. Diebold is doing business within the jurisdiction of this court.

8. Artifex is informed and believes and thereon alleges that Defendant Premier Elections Solutions, Inc. ("Premier") (f/k/a Diebold Election Systems, Inc.) is a Delaware corporation with a principal place of business at 5995 Mayfair Rd., North Canton, OH 44720. Premier is a wholly-owned operating subsidiary of Diebold.

## AVERMENTS COMMON TO ALL CLAIMS

### Artifex's Technology

9. Artifex is a closely-held, private corporation that was formed in 1993 and is headquartered in San Rafael, California. Artifex develops and licenses software products that interpret files written in a page description language ("PDL").

10. A PDL is a computer language developed for describing the contents of a printed page. A widely used example of a PDL is the Portable Document Format ("PDF") developed by Adobe Systems Incorporated ("Adobe"). PDL files generally allow for documents created on one platform to be displayed and/or printed on another platform with the same appearance as the documents had on the first platform. This is true regardless of whether the document consists of graphics, text, or both.

11. Ghostscript is a program developed by Artifex to interpret certain PDL files, including those written in PDF. Ghostscript interprets PDL files for display on a computer screen

COMPLAINT FOR COPYRIGHT INFRINGEMENT

or for printing. Ghostscript can, in addition, create PDF files from a print stream and thereby capture a document exactly as it would be printed on a page.

12. Ghostscript is now the most widely used PDF interpreter not developed by Adobe itself. Artifex has earned the confidence of its customers through the demonstrated reliability of its products and highly competitive results on performance benchmarks. These results have been accomplished only through extensive investment in research and development of the Ghostscript product. Each generation of Ghostscript reaches maturity through the scrutiny of dozens of external beta testers and thousands of diverse users on the Internet. Artifex has expended substantial amounts on research and development to improve and update Ghostscript.

13. Artifex holds registered United States copyrights covering Ghostscript and associated technologies.

14. For non-commercial use, Artifex licenses Ghostscript to the public free of charge under the GNU General Public License ("GPL").

15. Artifex's business is based on the revenues derived from licensing Ghostscript to commercial users. For those seeking to commercially distribute Ghostscript, or any product that incorporates Ghostscript, Artifex will grant, for a fee, a license to use, modify, copy, and/or distribute Ghostscript.

**Defendants' Infringing Actions**

16. Defendant Diebold is a multi-national public corporation with estimated revenue of almost three billion dollars in 2007.

17. Defendant Premier, a wholly owned subsidiary of Diebold, is the manufacturer of secure commercial voting systems used across the United States for conducting primary and general elections.

18. Defendants' customers are public election officials who purchase Defendants' products and receive voting systems that consist of both hardware and software components.

19. Upon information and belief, the software components of one or more of Defendants' commercial voting systems include Ghostscript.

20. Upon information and belief, Defendants have integrated Ghostscript with

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Defendants' commercial voting systems, and distributed those systems to their customers. Upon information and belief, Defendants have also integrated Ghostscript with Defendants' commercial voting systems after those systems have been distributed to customers. All of Defendants' commercial voting systems into which Ghostscript has been integrated will be collectively referred to as the "Infringing Products."

21. Defendants have not been granted a license to modify, copy or distribute any of Artifex's copyrighted works.

22. Defendants have not sought to license the right to modify, copy or distribute Ghostscript in conjunction with the Infringing Products.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement under 17 U.S.C. § 101 *et seq.*, against all Defendants)**

23. Artifex realleges the allegations contained in paragraphs 1 through 22 of this Complaint as though fully and completely set forth herein.

24. Artifex is, and at all relevant times has been, the legal owner of certain United States copyrights covering Ghostscript. Artifex has registered these copyrights with the Copyright Office and possesses valid registrations. By way of illustration, Artifex is the owner of the copyright for "Ghostscript: version 7.05" (Reg. No. TX0005776256). A true and correct copy of the copyright registration certificate for this work is attached as Exhibit A. By way of further illustration, Artifex is the owner of the copyright for "Ghostscript: version 8.54" (Reg. No. TX6854034). A true and correct copy of the copyright registration certificate for this work is attached as Exhibit B.

25. Upon information and belief, Defendants have modified, copied, and distributed Ghostscript, or a derivative work thereof, in conjunction with their Infringing Products. Each such act is an infringement of the exclusive rights granted to Artifex by 17 U.S.C. § 106.

26. Upon information and belief, Defendants intend to continue modifying, copying and distributing Artifex's copyrighted works without Artifex's authorization. Each such act will be an infringement of the exclusive rights granted to Artifex by 17 U.S.C. § 106.

27. Upon information and belief, Defendants' infringement has contributed to their

profits and is adversely affecting the potential market for and value of Artifex's copyrighted works that Defendants have infringed and are continuing to infringe.

28. Upon information and belief, Defendants committed each act of infringement with the knowledge that the software they were copying and distributing was subject to valid United States copyrights and with the knowledge that they were not authorized to copy or distribute such copyrighted works. Defendants' infringement was thus "willful" within the meaning of 17 U.S.C. § 504(c)(2).

29. For Defendants' completed acts of infringement, Artifex is entitled to recover its actual damages and any profits of Defendants not taken into account in computing the actual damages or, at Artifex's election, statutory damages for willful infringement under 17 U.S.C § 504(c)(2) in the amount of $150,000 per copyrighted work infringed.

30. Monetary relief alone is not adequate to address fully the irreparable injury that Defendants' illegal actions have caused and will continue to cause Artifex if not enjoined. Artifex therefore is also entitled to preliminary and permanent injunctive relief to stop Defendants' ongoing infringement of Artifex's copyrights pursuant to 17 U.S.C. § 502, and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503.

31. Artifex is also entitled to recover its attorneys' fees and cost of suit under 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Artifex prays for relief against Defendants, and each of them as follows:

1. That Defendants, their agents, servants and employees and all persons acting in concert with them be restrained and enjoined preliminarily and permanently from copying, distributing, modifying, or using Artifex's copyrighted works.

2. That all copies of Artifex's works in Defendants' possession, custody, or control be destroyed, or otherwise appropriately disposed of, and that all storage devices, including all computers, computer servers, all hardware and software pertaining or connected thereto, and all other devices by which Defendants have copied or distributed Artifex's works, be seized from Defendant and destroyed, or otherwise appropriately disposed of, pursuant to 17 U.S.C. § 503.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

3. That Defendants be required to account for all gains, profits and advantages derived from their acts of infringement and for their other violations of law.

4. That Defendants be required to pay over to Artifex the actual damages suffered by Artifex as a result of the infringement and any profits of Defendants attributable to the infringement of Artifex's exclusive rights under copyright and to pay such damages to Artifex as this Court shall deem to be just and proper within the provisions of the Copyright Act, or, in the alternative, at Artifex's election, statutory damages as set forth in 17 U.S.C. § 504.

5. That Artifex recovers its costs of suit incurred herein.

6. That Artifex recovers its attorneys' fees reasonably incurred in this action.

7. That Artifex has such other and further relief as the Court deems just and proper.

Dated: October 22, 2008

DARIN W. SNYDER
O'MELVENY & MYERS LLP

By ~~Darin W. Snyder~~
Attorneys for Plaintiff
Artifex Software, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury of all issues so triable under the law as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: October 22, 2008

DARIN W. SNYDER
O'MELVENY & MYERS LLP

By
Darin W. Snyder
Attorneys for Plaintiff
Artifex Software, Inc.

SF1:721887.3

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TX 5-776-256**



EFFECTIVE DATE OF REGISTRATION

Aug 18, 2003

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Ghostscript Version 7.05

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Artifex Software Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ _____
OR Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Dr. L. Peter Deutsch d/b/a Aladdin Enterprises

DATES OF BIRTH AND DEATH
Year Born ▼ 1946   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ United States
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

**c** NAME OF AUTHOR ▼
Orimp Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ April   Day ▶ 22   Year ▶ 2002
United States

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Artifex Software Inc
101 Lucas Valley Road Suite 110
San Rafael California 94903

APPLICATION RECEIVED
AUG 18 2003
ONE DEPOSIT RECEIVED
AUG 18 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By contract/written agreement

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 5 pages

\* Amended by C O per authority telephone conversation with Nina D Beck on August 27, 2003

EXAMINED BY  TMS

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

FORM TX

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶              Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Previous versions

Material Added to This Work Give a brief general statement of the material that has been added to the work and in which copyright is claimed ▼
Revisions and additional text of computer program

**6 a**

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                               Account Number ▼

**7 a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Nina D Beck  IP Case Manager
O Melveny & Myers LLP
275 Battery Street  26th Floor
San Francisco  CA 94111

Area code and daytime telephone number ▶ 415 984 8767        Fax number ▶ 415 984 8701

Email ▶ nbeck@omm com

**b**

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Miles Jones President Artifex Software Inc                    Date ▶ August 8  2003

Handwritten signature (X) ▼
X _[signature]_

**8**

Certificate will be mailed in window envelope to this address

Name ▼
Nina D Beck  IP Case Manager
O Melveny & Myers LLP
Number/Street/Apt ▼
275 Battery Street  26th Floor
City/State/ZIP ▼
San Francisco  CA 94111

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ● Printed on recycled paper            U S Government Printing Office 2000 461 113/20 021

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE

TX 5-776-256

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

Aug 18 2003

CONTINUATION SHEET RECEIVED
AUG 18 2003

Page 3 of 5 pages

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

## A Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form)
  Ghostscript Version 7 05

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)
  Artifex Software Inc 101 Lucas Valley Road Suite 110 San Rafael California 94903

## B Continuation of Space 2

**d**
NAME OF AUTHOR ▼
John Desrosiers

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1959

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Canada
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Computer program

**e**
NAME OF AUTHOR ▼
Igor V Melichev

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1959

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Russian Federation
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Computer program

**f**
NAME OF AUTHOR ▼
~~Artifex Software, Inc~~ ✱

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
~~☒ No~~ ✱

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶ ~~United States~~

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
~~Computer program~~ ✱

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

**FORM TX /CON**

TX 5-776-256



EFFECTIVE DATE OF REGISTRATION

Aug 18 2003

CONTINUATION SHEET RECEIVED
AUG 18 2003

Page __4__ of __5__ pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- **TITLE** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)
  Ghostscript Version 7 05

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)
  Artifex Software Inc  101 Lucas Valley Road Suite 110 San Rafael California 94903

**B** Continuation of Space 2

**d**
NAME OF AUTHOR ▼
Russell Lang
DATES OF BIRTH AND DEATH
Year Born ▼  1963   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Australia
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Computer program

**e**
NAME OF AUTHOR ▼
Ghostgum Software Pty Ltd
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶ Australia

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Computer program

**f**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**CONTINUATION OF (Check which)**  ☐ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼<br>Nan D Bock  IP Case Manager<br>O'Melveny & Myers LLP<br>Number/Street/Apt ▼<br>275 Battery Street  26th Floor<br>City/State/ZIP ▼<br>San Francisco CA 94111 |

**D**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-854-034**

**Effective date of registration:**

July 29, 2008

## Title

**Title of Work:** Ghostscript, Version 8.54

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** June 1, 2006        **Nation of 1st Publication:** United States

## Author

- **Author:** Artifex Software Inc.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Artifex Software Inc.
7 Mt. Lassen Drive, A-134, San Rafael, CA, 94903, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**Previous registration and year:** TX0005776256   2003

**New material included in claim:** computer program

## Certification

**Name:** Lenza McElrath, Esq.
**Date:** July 29, 2008