| | |
|---|---|
| Tharan Gregory Lanier (SBN 138784)<br>Gregory L. Lippetz (SBN 154228)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:    650-739-3939<br>Facsimile:    650-739-3900<br>tglanier@jonesday.com<br>glippetz@jonesday.com<br>jfroyd@jonesday.com<br><br>Attorneys for Defendants<br>DIEBOLD INC. and PREMIER ELECTION SOLUTIONS, INC. | Darin W. Snyder (SBN 136003)<br>Luann L. Simmons (SBN 203526)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111-3823<br>Telephone:    (415) 984-8700<br>Facsimile:    (415) 984-8701<br>dsnyder@omm.com<br>lsimmons@omm.com<br><br>Attorneys for Plaintiff<br>ARTIFEX SOFTWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFEX SOFTWARE INC.,<br><br>                          Plaintiff,<br><br>        v.<br><br>DIEBOLD INC., an Ohio corporation,<br>PREMIER ELECTION SOLUTIONS, INC.,<br>a Delaware corporation,<br><br>                          Defendants. | Case No. C 08-04837 EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** ; ORDER |

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff Artifex Software, Inc. ("Plaintiff") and Defendants Diebold, Inc. and Premier Election Solutions, Inc. (together "Defendants"), by and through their undersigned counsel, that pursuant to Northern District Civil Local Rule 6-1(a), Defendants shall have until December 12, 2008 to file their answer or otherwise respond to Plaintiff's Complaint in this matter.

SVI-63393v1

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
Case No. C 08-04837 EMC

| | | |
|---|---|---|
| 1 | **IT IS SO AGREED AND STIPULATED.** | |
| 2 | Dated: November 11, 2008 | JONES DAY |
| 4 | | By: /s/ Gregory L. Lippetz |
| 5 | | Gregory L. Lippetz |
| 6 | | Attorneys for Defendant DIEBOLD INC. and PREMIER ELECTION SOLUTIONS, INC. |

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 11, 2008        O'MELVENY & MYERS LLP

By: /s/ Darin W. Snyder
    Darin W. Snyder

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

SVI-63393v1

- 2 -

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
Case No. C 08-04837 EMC