1  Tharan Gregory Lanier (SBN 138784)           Darin W. Snyder (SBN 136003)
   Gregory L. Lippetz (SBN 154228)               Luann L. Simmons (SBN 203526)
2  Jane L. Froyd (SBN 220776)                    O'MELVENY & MYERS LLP
   JONES DAY                                     Two Embarcadero Center, 28th Floor
3  Silicon Valley Office                         San Francisco, CA  94111-3823
   1755 Embarcadero Road                         Telephone:    (415) 984-8700
4  Palo Alto, CA  94303                          Facsimile:    (415) 984-8701
   Telephone:    650-739-3939                    dsnyder@omm.com
5  Facsimile:    650-739-3900                    lsimmons@omm.com
   tglanier@jonesday.com
6  glippetz@jonesday.com                         Attorneys for Plaintiff
   jfroyd@jonesday.com                           ARTIFEX SOFTWARE, INC.
7
   Attorneys for Defendants
8  DIEBOLD INC. and PREMIER ELECTION
   SOLUTIONS, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  ARTIFEX SOFTWARE INC.,              Case No. C 08-04837 ~~EMC~~  SC

14              Plaintiff,              **SECOND STIPULATION**
                                        **EXTENDING TIME TO RESPOND**
15       v.                            **TO COMPLAINT**

16  DIEBOLD INC., an Ohio corporation,
    PREMIER ELECTION SOLUTIONS, INC.,
17  a Delaware corporation,

18              Defendants.

19

20       IT IS HEREBY STIPULATED AND AGREED between Plaintiff Artifex Software Inc.

21  ("Plaintiff") and Defendants Diebold, Inc. and Premier Election Solutions, Inc. (together

22  "Defendants"), by and through their undersigned counsel, that pursuant to Northern District Civil

23  Local Rule 6-1(a), Defendants shall have until January 9, 2009 to file their answer or otherwise

24  respond to Plaintiff's Complaint in this matter.

25

26

27

28

1    **IT IS SO AGREED AND STIPULATED.**

2    Dated:  December 11, 2008                JONES DAY

3

4                                            By: _____/s/ Gregory L. Lippetz_____
                                                  Gregory L. Lippetz
5
                                             Attorneys for Defendant
6                                            DIEBOLD INC. and PREMIER ELECTION
                                             SOLUTIONS, INC.
7

8         In accordance with General Order No. 45, Rule X, the above signatory attests that

9    concurrence in the filing of this document has been obtained from the signatory below.

10   Dated:  December 11, 2008                O'MELVENY & MYERS LLP

11

12                                           By: _____/s/ Darin W. Snyder_____
                                                  Darin W. Snyder
13
                                             Attorneys for Plaintiff
14                                           ARTIFEX SOFTWARE INC.

15

16

17

18                                           IT IS SO ORDERED

19

20                                           Judge Samuel Conti

21

22

23

24

25

26

27

28

SVI-64311v1                                  SECOND STIPULATION EXTENDING TIME
                    - 2 -                     TO RESPOND TO COMPLAINT
                                             Case No. C 08-04837 EMC