Tharan Gregory Lanier (SBN 138784)
Gregory L. Lippetz (SBN 154228)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:      650-739-3900
tglanier@jonesday.com
glippetz@jonesday.com
jfroyd@jonesday.com

Attorneys for Defendants
DIEBOLD INC. and PREMIER ELECTION SOLUTIONS, INC.

Darin W. Snyder (SBN 136003)
Luann L. Simmons (SBN 203526)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701
dsnyder@omm.com
lsimmons@omm.com

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFEX SOFTWARE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DIEBOLD INC., an Ohio corporation, PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. C 08-04837 EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Artifex Software Inc. ("Plaintiff") and Defendants Diebold, Inc. and Premier Election Solutions, Inc. (together "Defendants"), by and through their undersigned counsel, that pursuant to Northern District Civil Local Rule 6-1(a), Defendants shall have until January 23, 2009 to file their answer or otherwise respond to Plaintiff's Complaint in this matter.

1  **IT IS SO AGREED AND STIPULATED.**

2  Dated: January 9, 2008                    JONES DAY

3

4                                            By:   /s/ Gregory L. Lippetz
                                                   Gregory L. Lippetz
5

6                                            Attorneys for Defendant
                                             DIEBOLD INC. and PREMIER ELECTION
7                                            SOLUTIONS, INC.

8      In accordance with General Order No. 45, Rule X, the above signatory attests that

9  concurrence in the filing of this document has been obtained from the signatory below.

10  Dated: January 9, 2008                   O'MELVENY & MYERS LLP

11

12                                           By:   /s/ Darin W. Snyder
                                                   Darin W. Snyder
13

14                                           Attorneys for Plaintiff
                                             ARTIFEX SOFTWARE INC.
15

16

17                               UNITED STATES DISTRICT COURT
                                 IT IS SO ORDERED
18                               [signature]
                                 Judge Samuel Conti
19                               NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28