| | |
|---|---|
| Tharan Gregory Lanier (SBN 138784)<br>Gregory L. Lippetz (SBN 154228)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:     650-739-3939<br>Facsimile:     650-739-3900<br>tglanier@jonesday.com<br>glippetz@jonesday.com<br>jfroyd@jonesday.com<br><br>Attorneys for Defendants<br>DIEBOLD INC. and PREMIER ELECTION SOLUTIONS, INC. | Darin W. Snyder (SBN 136003)<br>Luann L. Simmons (SBN 203526)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone:    (415) 984-8700<br>Facsimile:    (415) 984-8701<br>dsnyder@omm.com<br>lsimmons@omm.com<br><br>Attorneys for Plaintiff<br>ARTIFEX SOFTWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFEX SOFTWARE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIEBOLD INC., an Ohio corporation,<br>PREMIER ELECTION SOLUTIONS, INC.,<br>a Delaware corporation,<br><br>　　　　　Defendants. | Case No. C 08-04837 ~~EMC~~ SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiff Artifex Software Inc. ("Plaintiff") and Defendants Diebold Inc. and Premier Election Solutions, Inc. (together "Defendants"), by and through their undersigned counsel, that pursuant to Northern District Civil Local Rule 6-1(a), Defendants shall have until January 30, 2009 to file their answer or otherwise respond to Plaintiff's Complaint in this matter.

1  **IT IS SO AGREED AND STIPULATED.**

2  Dated: January 23, 2009                                    JONES DAY

3

4                                                             By:      /s/ Gregory L. Lippetz
                                                                  Gregory L. Lippetz
5

6                                                             Attorneys for Defendant
                                                              DIEBOLD INC. and PREMIER ELECTION
                                                              SOLUTIONS, INC.
7

8       In accordance with General Order No. 45, Rule X, the above signatory attests that

9  concurrence in the filing of this document has been obtained from the signatory below.

10  Dated: January 23, 2009                                   O'MELVENY & MYERS LLP

11

12                                                            By:      /s/ Darin W. Snyder
                                                                  Darin W. Snyder
13

14                                                            Attorneys for Plaintiff
                                                              ARTIFEX SOFTWARE INC.

15

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]