| | |
|---|---|
| Tharan Gregory Lanier (SBN 138784) | Darin W. Snyder (SBN 136003) |
| Gregory L. Lippetz (SBN 154228) | Luann L. Simmons (SBN 203526) |
| Jane L. Froyd (SBN 220776) | O'MELVENY & MYERS LLP |
| JONES DAY | Two Embarcadero Center, 28th Floor |
| Silicon Valley Office | San Francisco, CA  94111-3823 |
| 1755 Embarcadero Road | Telephone:    (415) 984-8700 |
| Palo Alto, CA  94303 | Facsimile:     (415) 984-8701 |
| Telephone:     650-739-3939 | dsnyder@omm.com |
| Facsimile:      650-739-3900 | lsimmons@omm.com |
| tglanier@jonesday.com | |
| glippetz@jonesday.com | Attorneys for Plaintiff |
| jfroyd@jonesday.com | ARTIFEX SOFTWARE, INC. |

Attorneys for Defendants
DIEBOLD INC. and PREMIER ELECTION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFEX SOFTWARE INC., | Case No. C 08-04837 SC |
| Plaintiff, | **STIPULATION CONTINUING THE HEARING DATE FOR DEFENDANT DIEBOLD INC.'S FRCP 12(B)(6) MOTION TO DISMISS PLAINTIFF'S CLAIM AGAINST DIEBOLD, INC.** |
| v. | |
| DIEBOLD INC., an Ohio corporation, PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Artifex Software Inc. ("Plaintiff") and Defendants Diebold Inc. and Premier Election Solutions, Inc. (together "Defendants"), by and through their undersigned counsel, that pursuant to Northern District Civil Local Rules 6-1(a) and 7-7(b), Defendant Diebold's FRCP 12(b)(6) Motion to Dismiss Plaintiff's Claim Against Diebold, Inc. will be continued from March 6, 2009 at 10:00 a.m. to April 3, 2009 at 10:00 a.m., in the above-entitled Court, located at Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

1    **IT IS SO AGREED AND STIPULATED.**

2   Dated:  February 20, 2009               JONES DAY

3

4                                           By:      /s/ Gregory L. Lippetz
                                                   Gregory L. Lippetz
5
                                            Attorneys for Defendant
6                                           DIEBOLD INC. and PREMIER ELECTION
                                            SOLUTIONS, INC.
7

8       In accordance with General Order No. 45, Rule X, the above signatory attests that

9   concurrence in the filing of this document has been obtained from the signatory below.

10  Dated:  February 20, 2009               O'MELVENY & MYERS LLP

11

12                                          By:      /s/ Darin W. Snyder
                                                   Darin W. Snyder
13

14                                          Attorneys for Plaintiff
                                            ARTIFEX SOFTWARE INC.
15

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA