1 | **Counsel Listed on Signature Page**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIEBOLD INC., an Ohio corporation, PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 08-04837 SC EMC<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO POSTPONE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1 **STIPULATION**

2 WHEREAS, on October 22, 2008, Artifex Software, Inc. ("Plaintiff") filed a complaint against Diebold Inc. and Premier Election Solutions, Inc. ("Defendants") and alleged violations of United States Copyright Law;

WHEREAS, the Case Management Conference in this Action is currently scheduled for April 3, 2009;

WHEREAS, Plaintiff and Defendants have agreed in principle to settle this Action and are finalizing the language of a settlement agreement that fully and finally resolves all claims, disputes, and differences in this Action;

WHEREAS, the parties estimate that they will be able to file a stipulation of dismissal within 30 days; and

WHEREAS, the parties agree that to conserve judicial resources, the Case Management Conference in this Action should not go forward on April 3, 2009.

THE PARTIES HEREBY JOINTLY REQUEST that the Court postpone the Case Management Conference in this Action to a date convenient for the Court, at least 30 days after April 3, 2009.

| O'MELVENY & MYERS LLP | JONES DAY |
|---|---|
| By: */s/ Luann L. Simmons*<br>    Luann L. Simmons | By: */s/ Gregory L. Lippetz*<br>    Gregory L. Lippetz |
| Darin W. Snyder (SBN 136003)<br>Luann L. Simmons (SBN 203526)<br>David S. Almeling (SBN 235449)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br>dsnyder@omm.com<br>lsimmons@omm.com<br>dalmeling@omm.com | Tharan Gregory Lanier (SBN 138784)<br>Gregory L. Lippetz (SBN 154228)<br>Jane L. Froyd (SBN 220776)<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br>tglanier@jonesday.com<br>glippetz@jonesday.com<br>jfroyd@jonesday.com |
| Attorneys for Plaintiff<br>ARTIFEX SOFTWARE, INC. | Attorneys for Defendants<br>DIEBOLD, INC. and PREMIER ELECTION SOLUTIONS, INC. |

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
2  under penalty of perjury that concurrence in the filing of the document has been obtained from
3  Gregory L. Lippetz.
4  Dated:  March 27, 2009

By      /s/*Luann L. Simmons*
Luann L. Simmons

Attorneys for Defendants
Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

1 **[PROPOSED] ORDER**

2   Pursuant to the parties' joint request, the Case Management Conference is hereby
3 postponed until _____May 29_____, 2009.

4   IT IS SO ORDERED

6   Dated: ___March 30___, 2009

7   _____
    The Honorable
    United States District Judge
    Judge Samuel Conti

9 SF1:758312.1