| | | |
|---|---|---|
|1| Tharan Gregory Lanier (SBN 138784) | Darin W. Snyder (SBN 136003) |
|2| Gregory L. Lippetz (SBN 154228) | Luann L. Simmons (SBN 203526) |
| | Jane L. Froyd (SBN 220776) | David S. Almeling (SBN 235449) |
|3| JONES DAY | O'MELVENY & MYERS LLP |
| | 1755 Embarcadero Road | Two Embarcadero Center, 28th Floor |
|4| Palo Alto, CA  94303 | San Francisco, CA  94111-3823 |
| | Telephone:    650-739-3939 | Telephone:    (415) 984-8700 |
|5| Facsimile:    650-739-3900 | Facsimile:    (415) 984-8701 |
| | tglanier@jonesday.com | dsnyder@omm.com |
|6| glippetz@jonesday.com | lsimmons@omm.com |
| | jfroyd@jonesday.com | dalmeling@omm.com |

Attorneys for Defendants
DIEBOLD INC. and PREMIER ELECTION SOLUTIONS, INC.

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFEX SOFTWARE INC., | Case No. C 08-04837 SC |
| Plaintiff, | **JOINT REQUEST TO CONTINUE THE HEARING DATE FOR DEFENDANT DIEBOLD INC.'S FRCP 12(B)(6) MOTION TO DISMISS PLAINTIFF'S CLAIM AGAINST DIEBOLD, INC.; ~~PROPOSED~~ ORDER** |
| v. | |
| DIEBOLD INC., an Ohio corporation, PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation, | |
| Defendants. | |

WHEREAS, on January 30, 2009, Defendant Diebold Inc. filed a motion to dismiss Plaintiff Artifex Software Inc.'s ("Plaintiff") claim for copyright infringement against Diebold Inc.;

WHEREAS, the hearing for this motion is currently scheduled for April 3, 2009;

WHEREAS, Plaintiff and Defendants Diebold Inc. and Premier Election Solutions, Inc. (together "Defendants") have agreed in principle to settle this Action and are finalizing the language of a settlement agreement that fully and finally resolves all claims, disputes, and differences in this Action;

WHEREAS, the parties estimate that they will be able to file a stipulation of dismissal within 30 days;

WHEREAS, on March 30, 2009, the Court postponed the Case Management Conference

1  in this Action from April 3, 2009 to May 29, 2009; and

2  WHEREAS, the parties agree that to conserve judicial resources, the hearing for

3  Defendant Diebold Inc.'s FRCP 12(b)(6) motion to dismiss Plaintiff's claim for copyright

4  infringement against Diebold Inc. should not go forward on April 3, 2009.

5  THE PARTIES HEREBY JOINTLY REQUEST that the hearing for Defendant Diebold's

6  FRCP 12(b)(6) Motion to Dismiss Plaintiff's Claim Against Diebold, Inc. be continued from

7  April 3, 2009 at 10:00 a.m. to May 29, 2009 at 10:00 a.m., in the above-entitled Court, located at

8  Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

9  Dated: April 1, 2009                                JONES DAY

11                                                    By:      /s/ Gregory L. Lippetz
                                                             Gregory L. Lippetz

13                                                    Attorneys for Defendant
                                                      DIEBOLD INC. and PREMIER ELECTION
                                                      SOLUTIONS, INC.

16  In accordance with General Order No. 45, Rule X, the above signatory attests that

17  concurrence in the filing of this document has been obtained from the signatory below.

19  Dated: April 1, 2009                               O'MELVENY & MYERS LLP

21                                                    By:      /s/ Luann L. Simmons
                                                             Luann L. Simmons

23                                                    Attorneys for Plaintiff
                                                      ARTIFEX SOFTWARE INC.

- 2 -

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
Case No. C 08-04837 SC

1
2        **[PROPOSED] ORDER**
3    Pursuant to the parties' joint request, the hearing for Defendant Diebold's FRCP 12(b)(6)
4  Motion to Dismiss Plaintiff's Claim Against Diebold, Inc. is hereby postponed until May 29,
5  2009 at 10:00 am.
6
7    IT IS SO ORDERED
8
9  Dated: ____April 2____, 2009           _____
10                                          The Honorable Samuel Conti
                                            United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

- 3 -

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
Case No. C 08-04837 SC