1  Tharan Gregory Lanier (SBN 138784)
   Gregory L. Lippetz (SBN 154228)
2  Jane L. Froyd (SBN 220776)
   JONES DAY
3  1755 Embarcadero Road
   Palo Alto, CA  94303
4  Telephone:     650-739-3939
   Facsimile:      650-739-3900
5  tglanier@jonesday.com
   glippetz@jonesday.com
6  jfroyd@jonesday.com

7  Attorneys for Defendants
   DIEBOLD INC. and PREMIER ELECTION
8  SOLUTIONS, INC.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | ARTIFEX SOFTWARE INC.,                        | Case No. C 08-04837 SC
12 |            Plaintiff,                         | **NOTICE OF WITHDRAWAL OF DEFENDANT DIEBOLD INC.'S FRCP 12(B)(6) MOTION TO DISMISS PLAINTIFF'S CLAIM AGAINST DIEBOLD INC.**
13 |     v.                                        |
14 | DIEBOLD INC., an Ohio corporation, PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation, |
15 |                                               |
16 |            Defendants.                        |

18      On January 30, 2009, Defendant Diebold Inc. filed a motion to dismiss Plaintiff Artifex

19 Software Inc.'s ("Plaintiff") claim for copyright infringement against Diebold Inc.  Plaintiff and

20 Defendants Diebold Inc. and Premier Election Solutions, Inc. (together "Defendants") have

21 agreed in principle to settle this Action and are finalizing the language of a settlement agreement

22 that fully and finally resolves all claims, disputes, and differences in this Action.  In light of the

23 pending settlement, Defendant Diebold seeks to withdraw its FRCP 12(b)(6) Motion to Dismiss

24 Plaintiff's Claim Against Diebold, Inc. without prejudice.

1  Dated:  May 26, 2009                    JONES DAY

2

3                                           By:      /s/ Gregory L. Lippetz
                                                  Gregory L. Lippetz
4
                                           Attorneys for Defendant
5                                          DIEBOLD INC. and PREMIER ELECTION
                                           SOLUTIONS, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28