DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Plaintiff
Artifex Software, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DIEBOLD INC., an Ohio corporation, PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. C 08-04837 SC EMC<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** |

**STIPULATION**

Plaintiff Artifex Software, Inc. ("Plaintiff") and Defendants Diebold Inc. and Premier Election Solutions, Inc. ("Defendants") hereby agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses with prejudice all claims asserted against Defendants.

2. Plaintiff and Defendants shall each bear their own attorneys' fees and costs incurred in connection with this action.

**SO STIPULATED.**

Dated: June 25, 2009    O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
    Luann L. Simmons
Darin W. Snyder (SBN 136003) dsnyder@omm.com
Luann L. Simmons (SBN 203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

Dated: June 25, 2009    JONES DAY

By: /s/ Gregory L. Lippetz
    Gregory L. Lippetz
Tharan Gregory Lanier (SBN 138784)
tglanier@jonesday.com
Gregory L. Lippetz (SBN 154228) glippetz@jonesday.com
Jane L. Froyd (SBN 220776) jfroyd@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Defendants
DIEBOLD, INC. and PREMIER ELECTION SOLUTIONS, INC.

1 | Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
2 | under penalty of perjury that concurrence in the filing of the document has been obtained from
3 | Gregory L. Lippetz.

4 | Dated:  June 25, 2009                                    By:  ___/s/ Luann L. Simmons___
                                                                          Luann L. Simmons

                                                          Attorneys for Plaintiff
                                                          ARTIFEX SOFTWARE, INC.

8 | IT IS SO ORDERED

10 | Dated:  ___June 25___, 2009

       _____
       The Hon. [Samuel Conti]
       United States District Judge

       [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

SF1:766935.1

                                          3                    STIPULATED DISMISSIAL OF ALL CLAIMS
                                                               AND [PROPOSED] ORDER CASE NO. C 08-04837